IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RODRICK VANN, JR.                                                                              PLAINTIFF

v.                                          Case No. 4:22-cv-4077

JUDGE KIRK JOHNSON, retired judge;
PROSECUTOR CONNIE MITCHELL; and
PROSECUTOR STEPHANIE
POTTER-BLACK                                                                                DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed on September 14, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends dismissing Plaintiff Rodrick Vann, Jr.'s claims with prejudice. Further, Judge Bryant recommends that the Court: certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this action would not be taken in good faith; warn Plaintiff that a dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g); and direct the Clerk of the Court to place a § 1915(g) strike flag on Plaintiff's case for future judicial consideration. ECF No. 6, at 5.

Plaintiff has not objected, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**. Further, the dismissal constitutes a "strike" under the PLRA, 28 U.S.C. § 1915(g), and the Clerk of Court is directed to place a § 1915(g) strike flag on the case. Finally, pursuant to § 1915(g)(3), no certificate of appealability shall issue.

**IT IS SO ORDERED**, this 5th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge